ROLLTON REALTY CO., INC., Appellant, v. GEORGE SACHNOFF, Defendant, and ELY BERMAN, Respondent.— Order dismissing amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   While the seal upon the agreement in question, opposite the signature of the defendant Sacknoff, would be presumed to be the seal of the plaintiff, unless a contrary intention appeared (*Cammack* v. *Slattery & Bro., Inc.*, 241 N. Y. 39), we think that such contrary intention is alleged in the 6th paragraph of the amended complaint, and that such amended complaint, therefore, states a cause of action against the defendant Berman.   Lazansky, P. J., Young, Seeger and Carswell, JJ., concur; Kapper, J., dissents and votes to affirm upon opinion of Mr. Justice May at Special Term.

J. CARL SCHMUCK, Appellant, v. THE CITY OF NEW YORK and JOHN R. HIGGINS, Superintendent of Sewers, Respondents.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. Even in view of *Seaman* v. *City of New York* (176 App. Div. 608; affd., 227 N. Y. 572), there were facts in this case which made out a cause of action for some relief, either equitable or legal, and there should be a new trial.   Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

MICHAEL HALLORAN and DIEGO PACCIONE, Appellants, v. N. & C. CONTRACTING COMPANY, Respondent.— The decision of this court, handed down on February 1, 1928,† is hereby amended so as to read as follows: Upon reargument, order granting defendant's motion to set aside the verdict and grant a new trial affirmed, with costs.   We are of opinion that under section 861 of the Penal Law,‡ the oral contract set forth in the complaint is void.   Rich, Young and Kapper, JJ., concur; Hagarty, J., not voting; Lazansky, P. J., concurs in result, holding to his views expressed in the former decision, although of opinion that the section of the Penal Law in question is unconstitutional.

In the Matter of the Application of A. SENECA FORSYTH for Admission to the Bar.   (From the State of Wisconsin.) — Application granted.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of JAMES THOMPSON LAIDLAW for Admission to the Bar.   (From the State of Illinois.) — Application granted.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.